15

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA ) 
)
v. )
) No. 14 CR 287-3
JEFFREY BUDZIK ) Judge Charles R. Norgle
)

## ORDER

Upon the motion of the United States, and with agreement of the parties, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2041, the Clerk of the Court shall accept from the defendant or his designated representative payment of the criminal financial obligations and maintain such payment on deposit in the court's registry until the time of sentencing in this case; and it is further

ORDERED that, pursuant to 28 U.S.C. § 2042, upon entry of a criminal judgment in this case, the Clerk of the Court shall withdraw and apply the deposited funds to the criminal financial obligations imposed against the defendant.

ENTER:

_____
UNITED STATES DISTRICT JUDGE

Date: 11-13-15