

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**                                                              312-435-5670
**Clerk**

Date:                                                        Case Number:

Case Title:                                       Judge:

## NOTICE OF CORRECTION

The following errors/deficiencies have been identified in document #[            ].

☐   The document is on the incorrect case. (If this is a motion, the docket clerk has termed the motion from the incorrect case.

☐   The document is on the correct case but the case number and title do not match.

☐   The incorrect document [pdf] was linked to the entry.

☐   The incorrect file date was entered.

☐   The incorrect event was used. The title of the document does not match the text of the entry.

☐   The entry is a duplicate of entry [    ].

☐   Other:

**Corrective action taken by the Clerk:**

☐   The text of the entry has been edited and the pdf replaced with a pdf that states *Entered in Error*.

☐   The following notation has been added to the text of the entry: *Linked document has the incorrect case title,* or, *Linked document has the incorrect case number*.

☐   The correct document [pdf] has been linked to the entry.

☐   The file date has been corrected.

☐   The text of the entry has been edited.

☐   The text of the entry has been edited to read, *Duplicate filing of document number [    ].*

☐   Other:

**Corrective action required by the filer:**

☐   Counsel must re-file the document

☐   Other:

                                                                Thomas G. Bruton, Clerk
                                                                By: /s/
                                                                     Deputy Clerk

Rev. 10/05/2016