UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 14 CR 287-3 |
| v. | ) | |
| | ) | Honorable Charles Norgle |
| JEFFREY BUDZIK | ) | |

**AGREED ORDER**

This matter coming before the Court by agreement of the parties, IT IS HEREBY ORDERED THAT:

The sentencing of defendant Jeffrey Budzik is set for February 9, 2023 at 10:00 a.m.

Entered: _____
Honorable Charles Norgle
United States District Court Judge

Dated: _____9-16-22_____