UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 14 CR 287 |
| | ) | Judge Martha M. Pacold |
| JEFFREY BUDZIK, | ) | |
| Defendant. | ) | |

UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant, Jeffrey Budzik, by attorney, Renee Woodward, respectfully submits the following Motion For an Extension of Time to File Objections to PSR/Sentencing Memorandum. In support thereof it is stated:

1. Objections to PSR are due on February 2, 2023, with responses due on February 10, 2023. The sentencing is set for March 2, 2023.

2. Counsel is waiting on mitigation documents and requires additional time to file objections to the PSR and/or a sentencing memorandum and asks that the due date be extended to February 10, 2023, with the responses extended to February 17, 2023. Counsel is not requesting for the sentencing date to be reset.

4. Assistant United States' Attorney Sarah Brown has no objection to the extension of time.

WHEREFORE, it is respectfully requested that this Court extend the time for objections to the PSR to February 10, 2022, with the responses due on February 17, 2023.

        Respectfully Submitted,

        /s/ Renee Woodward
        Renee Woodward

Renee Woodward
Woodward Law Office LLC
4256 N. Ravenswood, Suite 106
Chicago, IL 60613
(773) 242-9290
renee@woodwardlegal.com
Attorney for Jeffrey Budzik

**CERTIFICATE OF SERVICE**

I, Renee Woodward, hereby certify that January 31, 2023, I caused a copy of the foregoing document to be served upon all counsel of record for all parties that have appeared via the Court's CM/ECF System.

/s/ Renee Woodward
Renee Woodward


Renee Woodward
Woodward Law Office LLC
4256 N. Ravenswood, Suite 106
Chicago, IL 60613
(773) 242-9290
renee@woodwardlegal.com