EXHIBIT C

Ernesto R. Perez

January 27, 2023

Hon. Judge Martha M. Pacold
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Dear Honorable Judge Pacold:

My name is Ernesto Perez, and I am writing to you on behalf of Jeffrey ("Jeff") Budzik. I am currently the Chief Executive Officer of the Alvarez & Marsal, LLC's ("A&M") Global Tax Practice, residing in Miami, FL. A&M is a global professional services firm with over 7,000 employees across 74 offices in 31 countries. I started my career in 1992 as a Staff Tax Accountant with Arthur Andersen LLP ("Andersen"). I worked at Andersen for close to 10 years, rising through the ranks and eventually making Partner in 2001. In 2002 Andersen ceased operations and as a result of that I, along with many of my partners and colleagues, joined Deloitte Tax LLP ("Deloitte") as a Partner in their tax practice. I worked at Deloitte from 2002-2003. In October of 2003, I joined Berkowitz, Pollack & Brant LLP, as a Partner in charge of their International Tax Services Practice. In August of 2005 I joined A&M as a Managing Director in their tax practice and I have been employed with A&M ever since.

I first met Jeff in 2000 at Andersen when we hired him as an intern while he attended law school at the University of Miami. Jeff continued working at Andersen as an intern until he finished law school and upon graduation he joined me, along with other Andersen colleagues, at Deloitte. I worked closely with Jeff while at Andersen and Deloitte. Upon my departure from Deloitte in 2003, I did not work again with Jeff until March of 2012, when we hired him as a Senior Director in A&M's tax practice. Jeff worked at A&M through June of 2022, at which time he decided to pursue another opportunity.

As a professional, Jeff has always excelled at his work. He is intelligent, thorough and has a problem solver mindset. He was great with clients and excelled as a mentor/teacher to our young professionals. He was always one of the most sought-after professionals in our practice, always exhibiting good character in everything he did.

As a result of knowing and working with Jeff for over 20 years, I have gotten to know him on personal level and consider him a friend. He comes from humble means and worked hard to put himself through undergraduate and law school. He is a doting father and a family man, always putting his family first.

In the time I have known Jeff, what has impressed me most about him is how he handled himself during a period where he experienced significant hardship and adversity. Jeff faced his legal troubles while at the same time going through a divorce and a child custody case. Jeff has shown immense remorse for the actions that led to his legal troubles. Along the way, he was resilient and focused on what mattered most, caring and providing for his daughter. Jeff is an amazing father and I believe that it was that focus on being an amazing father that helped him get through this difficult time in his life.

Today Jeff finds himself in an ideal place. He has remarried and is a caring husband. He welcomed a second child and is now an amazing father to two lovely children. He has built a strong support system that he leans on while at the same time other members of that same support system lean on him.

It is my sincere hope the court takes this letter into consideration at the time of Jeff's sentencing. I believe that Jeff is an honorable individual, a valuable member of the community and a good human being.

Sincerely,

Ernesto R. Perez

January 28, 2023

Hon. Judge Martha M. Pacold
Everett McKinley Dirksen United States Courthouse
219 South Dearborn St.
Chicago, IL 60604

Dear Honorable Judge Pacold,

My name is Juan Carlos Ferrucho. I am a tax attorney and accountant working for the Miami office of a global consulting firm. In the firm, I hold the title of Managing Director, which is akin to a partner. I am responsible for supervising a team of accountants/lawyers and providing tax compliance and consulting services to our clients. I am a licensed attorney in Florida and the District of Columbia. I have been working in public accounting or law for well over 20 years now. I am writing this letter regarding my friend and former colleague Jeffrey Budzik.

I met Jeff during my days working for Arthur Andersen LLP back in the early 2000s. We had the opportunity to work together on tax projects and that is how we got to know each other. After Andersen's bankruptcy, we both went to Deloitte Tax LLP, where we again had the opportunity to work together. I am older than Jeff and was a bit more senior, so once at Deloitte, I had the privilege to be one of his supervisors. Jeff left Deloitte to go back to Chicago for personal reasons and during those years we were not in touch as much, but we would on occasion exchange messages or chat about each other's personal life. In early 2012, many years after having left Deloitte and joined my current firm, we heard from Jeff that he was interested in coming back to Miami, and that is when we happily took him into our firm.

Of course, working with someone for that long and so close, I got to know Jeff personally as well. I knew him and got to know Beth, his first wife, and Marcela, his current wife. We also had the chance to meet C███ his daughter and have them over at our home for our kid's birthday parties on multiple occasions. I was there during the tough times when Jeff was diagnosed with cancer, when he got divorced and went through a very tough custody battle. I have witnessed Jeff's commitment and dedication to his daughter and how hard he worked to have her in his life and be the best father he could be, even with all the adversities and challenges he faced during those years.

After Jeff resigned from our firm following the start of his legal defense, I supported retaining Jeff as an independent consultant pending the outcome of his legal matters. We trusted that Jeff would continue to work hard for us, and we would support him and his family during the process. All along, Jeff was a valuable professional in our firm, he was always the hardest worker and the most sought-after consultant. He is, and always was, well-liked and respected by all his peers. He mentored, trained, and coached countless professionals that have gone through our firm over the years. Our clients loved working with Jeff and always appreciated having him on the team. Year after year he received the highest ratings and accolades for his work, dedication, and commitment to our firm. I was always impressed by how much he was able to give our firm while keeping his family and personal life well-balanced.

Over the years my impression of Jeff has developed after seeing all that he has gone through and the success he has made for himself despite the adversities he has faced. In my interactions with Jeff during the years we worked together, I always found him to be ethical, hardworking, loyal, and honest and that is why I enjoyed collaborating with him so much.

Jeff left our firm in June of 2022 to pursue other opportunities that present greater potential benefit for his family, but I still consider him a friend and hold him in great esteem.

Thank you so much for taking the time to read this letter and please feel free to call or write me with any questions you may have.

Sincerely,

Juan Carlos Ferrucho

January 30, 2023

Honorable Judge Martha M. Pacold
Everett McKinley Dirksen United States Courthouse
219 South Dearborn St.
Chicago, IL 60604

Re: Mr. Jeffrey J. Budzik

Dear Hon. Judge Pacold:

I am writing to you to tell you about my friend and colleague, Jeff Budzik. I've known Jeff since 2013 when I started as a Sr. Tax Associate at Alvarez & Marsal Taxand ("A&M"). Jeff, at the time, was a Senior Director in the Miami Office. Working in a tax firm such as A&M, we generally work in teams to handle client work, such as preparing tax returns and consulting clients. As a result, I often worked with Jeff on projects which led to developing a great professional relationship and eventually a great friendship with him. Jeff was instrumental in my career and professional development. Jeff would always take the time to teach and give constructive feedback and took on the mantle of mentor. Not every person in our career likes the mentorship role because of the added workload, but Jeff never had issues staying later to explain complex tax issues or simply to listen to my complaints about work and how I should approach sensitive topics in the workplace. He always guided me and was even key in helping me achieve promotions at A&M.

As a result of Jeff's legal issues, he had to resign from A&M, but because of his character and the respect everyone had for Jeff, especially our superiors, he was immediately brought back as an independent contractor. I cannot even imagine A&M doing this for any other individual in the Miami Office. Bringing back Jeff and ensuring his place in our office was a testament to who Jeff is as a person. Although today we are no longer working together at A&M, we've maintained a good working relationship through referrals. Today I have my own public accounting firm in Coral Gables and from time to time, we utilize Jeff's talents to handle certain specialized tax projects. Jeff, on his side, refers clients to our firm because he knows how great our work product is, which can be partly attributed to the knowledge and skill I developed working with Jeff all those years.

In addition to being a great mentor and colleague, Jeff is an even better friend. He always takes the time to reach out to me to invite me over for dinner, hang out with him and his family and even go to University of Miami football games. I know Jeff isn't a perfect person by any stretch of the imagination and we all make mistakes in life. It's how we respond and move forward. Some people just blame others and never acknowledge their own role in those mistakes. Jeff has responded as best anyone could from these legal issues. He's never blamed anyone and continues to express remorse. Since these legal issues first arose, Jeff has become more successful professionally, married a wonderful person in Marcela, and continued to grow his

family. It would've been easy for Jeff to have let his legal troubles put a stop to friendships and personal growth, but he's kept moving forward. I am proud to call Jeff a friend.

Because of the above and I'm sure other feedback you receive about Jeff, I hope you can gain a better understanding of what type of person Jeff is and show leniency.

I'd like to thank you for reading this letter where I share a very brief glimpse of my feelings and connection with Jeff. I am available any time should you need more information about Jeff and even about myself. My cell phone number is (████████████████████) ████████.

Cordially yours,

*[signature]*

Juan F. Alonso

**James A. Lansch, Esq.**



ADMITTED IN NY, NJ & FL

_____

*Via Email (renee@woodwardlegal.com)*

January 30, 2023

Hon. Judge Martha M. Pacold
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

    *Re:    Reference Letter for Jeffrey J. Budzik*

Dear Honorable Judge Pacold:

I am submitting this letter as both a personal and professional recommendation for Jeff Budzik. I have known Jeff for 23 years, and I can vouch for his good character and solid moral principles all throughout this time.

I am a tax attorney, practicing since 1993. I received my J.D., *magna cum laude,* from the University of Illinois. I then received my LL.M. from New York University. I am an Eagle Scout, a fourth degree knight in the Knights of Columbus and a volunteer firefighter with Empire Hook and Ladder Co. No 1 in Nyack, NY.

I became acquainted with Jeff when he was in Law School at the University of Miami and working as an International Tax Intern at the Miami office of Arthur Andersen, LLP. At that time, I was working in Andersen's Miami office as a State and Local Tax Senior Associate. Through Andersen, Jeff and I struck up a close professional and personal friendship that has lasted throughout this entire time.

In 2002 I joined Ampacet Corporation as their Tax Manager. I've been acting in the role of Director of Tax & Legal Affairs for the company for over the past 10 years. For the past 5 years, I have worked with the advisors of Alvarez & Marsal on international and domestic tax issues that pertain to Ampacet Corporation. Jeff had been the lead advisor on Ampacet's account and he and I would speak very often as a result. Also, we would make time to discuss our personal lives and, hence, I was always well informed as to this case and what was transpiring in his life both professionally and personally.

I know Jeff has a solid moral compass and his professional and personal decisions are always grounded in honesty and transparency. When he believed Alvarez & Marsal wasn't the best fit for some projects, he would convey that to me, so I could look to other advisors who had the requisite skill or expertise. He would always review his work and billing with

me and he was always very fair and generous, and he would always go above and beyond as part of anything he was involved with. Going that extra-mile is part of his ethos and I can see it permeate his personal life as well.

Jeff is really invested in his family and has put his family life above all else. Jeff has been a very hands-on and involved parent for his daughter, C███. Jeff has provided the most stability for C███ and given her the best integrated family life. I credit C███'s wonderful development to Jeff's utmost dedication to C███ and being the best father he could be. Jeff has been remarried for a number of years, and he and his wife, Marcela, have worked together to really parent C███ and help her develop into the lovely young lady that she is.

Jeff and Marcela have been blessed with a child of their own, M█████. Jeff has been very involved with the parenting and care of M█ and he has worked hard to get C███ to care for M█ as well. My wife, Dian, and I have spent a lot of time with Jeff and Marcela and we know their family well, and we can see firsthand, Jeff's stabilizing influence in his marriage and with his children.

Recently Jeff left Alvarez & Marsal to join a more niche tax firm. Part of the reasoning for this switch was that the position afforded Jeff with a lot of flexibility so he could better care for his children and family. I often speak with Jeff on Fridays and he is regularly taking C███ to her piano lessons on such days. He also takes her to tennis lessons and he is really involved with her school work and monitors her friendships and he is her main source of support. Jeff and his wife have been actively involved with a local church. He sees their regular participation as important to help continue to guide his family.

Recently, Jeff was involved with a charity event that his new firm sponsored as he recognizes the importance of giving back to the community. Jeff derives a lot of personal benefit by seeing his efforts help others, especially those who are not as fortunate.

I know there is nothing more that Jeff would like to do here, than to resolve this matter properly, and do the right thing, so he can continue to invest in his family and helping bring up his children as productive members of society. I hope this letter has shed some light into Jeff's character and priorities and demonstrated that his heart and morals are always properly aligned and he has devoted his career and family life to the service of others. I know that Jeff would like to fully work with the court to resolve this matter in the best light for all parties.

Best Regards,

*[signature]*

James A. Lansch, Esq.

January 18, 2023

Hon. Judge Martha M. Pacold
Everett McKinley Dirksen United States Courthouse
219 South Dearborn St.
Chicago, IL 60604

Dear Honorable Judge Pacold,

My name is Ahmad Merritt, I am a retired professional athlete. I played in the National Football League for 8 years. I met Jeff Budzik through a mutual contact as a referral for legal representation. At this time, Jeff and his partner had just gotten started with their law firm. Over the course of time, Jeff provided me with very good legal representation and advice. As a professional athlete it is often difficult to find individuals you can trust and without ulterior motives for your relationship. Because I realized that I could trust him, I became more comfortable and we developed a great personal relationship. I have known Jeff for over 17 years. In my experience, Jeff has been a great friend. Over the course of our relationship, Jeff has been a loyal and reliable resource for me personally.

I'm writing this letter because I am aware that Jeff has made some mistakes and poor decisions. I can attest that these decisions are not consistent with his character. I have witnessed his growth as a person and a professional in business. I am very confident that this experience has humbled Jeff even more. I've witnessed this case take its' toll on him. In private conversation, he is very remorseful for the activities he found himself involved in. In the midst of all the trauma, personal, health and financial obstacles that he had to overcome, I find it admirable that Jeff has managed to go on and even start a beautiful family.

Jeff is a great father to two children, son, brother and husband. Although we now live in different states, I continue to experience how much he cares for them and how much they mean to each other firsthand as I have stayed at his home several times and he and his family have stayed in mine. Before Jeff remarried, he and his daughter even joined my family on our family vacation as it has always been a top priority for him to give his daughter the most loving and fun childhood he could.

Jeff is also a very giving and charitable person. For instance, when I was still playing in the League, and was going to Cedar Rapids, IA to help one of my coaches at that time put on a free football clinic for kids, he drove me to IA to also help with it.

In closing, it is not my place to determine the outcome. However, it is my responsibility to attest to the character of Jeff Budzik and convey that he is far removed from any illegal activity while living his life with this 'cloud' hanging over his head for several years now. We have all made mistakes along the way, and we all deserve a second chance and forgiveness for our transgressions. In my experience, and even after all this, I still trust Jeff.

Feel free to contact me with additional questions. I can be reached by email ██████████

Regards,

Ahmad Merritt

Vick G. Castro


January 23, 2023

Hon. Judge Martha M. Pacold
Everett McKinley Dirksen United States Courthouse
219 South Dearborn St.
Chicago, IL 60604

Dear Honorable Judge Pacold,

My name is Vicky Castro, and I am a Certified Public Accountant ("CPA") and Managing Director at Alvarez & Marsal ("A&M"), a global consulting firm. My husband, who has been working as a police officer for 23 years, and I have been married since 1999. We have two teenage sons, and reside in Pembroke Pines, Florida.

I have been at A&M for 16 years after starting my career at Arthur Andersen ("Andersen"). Jeff and I met in 2000 when he started working as a tax intern at Andersen. At that time, I was a manager in the tax department and Jeff was in law school. We worked together at Andersen until the Miami tax practice ceased operations in mid-2002. After Andersen, Jeff and I were part of the group that joined the tax practice of Deloitte.

During our time working together at Andersen and Deloitte, Jeff was a valuable member of the team who always demonstrated a strong work ethic and was willing to work as much possible to ensure that the projects were timely and effectively completed. During our tax deadlines, I remember spending many late nights working together with Jeff in the office. Jeff was always willing to help even if it meant working an all-nighter to get it done. I remember a time when it was the weekend before a big deadline, and he stepped up to help with a complicated project that was running behind schedule and worked literally the entire weekend to get it done. Without Jeff's efforts, that filing deadline would have been missed. It was during the late nights in the office that we started developing a friendship as we had common non-work-related interests such as a passion for University of Miami sports (continues to this day).

During 2005, Jeff resigned from Deloitte and moved back to his native Chicago. After his return to Chicago, we lost touch, and it wasn't until his return to Miami in 2012 that we reconnected. At that time, Jeff joined A&M as a Senior Director and we began working together again. I was very happy to have Jeff back as part of the team. There were several of us from the Andersen/Deloitte years that were now at A&M, so Jeff coming back was a natural fit. Although Jeff had spent several years working outside of the tax area, he quickly became an invaluable resource for us and our clients.

When I learned of this case, I was very surprised. At no time during the years that we worked together did Jeff ever exhibit any lack of integrity or any other inappropriate behavior. Jeff has

never shied away from taking responsibility for his involvement and his actions since demonstrate this.

Due to his involvement with this case and his subsequent guilty plea, Jeff had to resign from his position as Senior Director at A&M.  However, given Jeff's strong relationships with the partners who he worked with, he was able to continue providing services to the firm under an alternative working arrangement as an independent senior advisor.  Had it not been for Jeff's history working with the team and adherence to the firm's core values during his time as an employee, the alternative working arrangement would not have been a possibility.  Although Jeff was able to continue working as a consultant, the impact of this case including the loss of his legal license had severe negative consequences on his future at the firm.  Had Jeff not had to convert his employment status, he would have been promoted to Managing Director several years ago which would have significantly improved his personal financial situation.  Even so, Jeff never faltered on his commitment to his client work, expanding relationships with his teams and continuing the development of the more junior colleagues.  He also never tried to hide the reasons for his change in role and was open about what had happened and his hopes to move forward from it as soon as possible.

It was during Jeff's long custody battle for his daughter and my conversations with him about everything that he was going through daily that I fully understood what a devoted father he is.  I always respected Jeff for being an exceptional tax professional but living through the custody process with him, I gained much more respect for the person that he is, and I feel blessed to be able to call him my friend.  I know that Jeff will always be there for me and family if we reach out to him with a need.

In the years since his divorce, I have spent more time with Jeff outside of work.  We regularly attend Miami Hurricanes football games, he has come to parties at my house, taken his daughter boating with my family and even a trip to the theme parks in Orlando.  I have also been able to develop a relationship with his current wife and was very happy that Jeff was able to expand his family when he and his wife welcomed their first child together last year.  Jeff is already making him a Miami Hurricanes fan as he attended all the home games this last season.  Jeff's family is very important to him, and he demonstrates that each day by working hard to make a good living to support them.

During the summer of last year, Jeff accepted a position at another firm, so we are no longer working together.  Aside from his support on my clients' technical issues, I miss our frequent conversations.  Whenever, we would talk about client matters we would always venture off into different areas such as sports, family, and travel.  Although we don't speak as much as we used to when we were working together, we still see each other at the Miami Hurricanes' games and at other times whenever possible.  I know that he and I will be friends for the rest of our lives.

Although we don't speak about this case often, it is always in the background, and I know that Jeff is looking forward to putting this behind him so that he and his family can continue with their lives.  Jeff has two beautiful children, a supporting wife and much opportunity in his professional life going forward.  As his former supervisor, peer, colleague and most importantly friend, I ask the court to please show leniency in his sentencing.  His involvement in this matter

Page 3 of 3
January 23, 2023

was an isolated incident that occurred many years ago and since then Jeff has battled back from much adversity that life has thrown his way and deserves a second chance with no time away from his family.

If you have any questions or need anything else, please reach out to me ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Thank you in advance for your consideration in this case.

Sincerely,

Vicky G. Castro

January 26, 2023

Hon. Judge Martha M. Pacold
Everett McKinley Dirksen United States Courthouse
219 South Dearborn St.
Chicago, IL 60604

Dear Honorable Judge Pacold,

My name is Heather Lee Milani and I am writing this letter on behalf of my brother, Jeffrey Budzik, to give you an insight into our childhood and the person that he has become.

We did not have an ordinary childhood. Our mother did not work and our father is an alcoholic who has been in and out of rehab several times. We grew up with our parents living paycheck to paycheck, eating dinners of "Fast Spaghetti" which was noodles with tomato soup, and searching the house for "hidden" bottles of liquor that my father had placed around the house and garage.

A simple example of how things were for us is one year, when Jeffrey needed fold-top sandwich bags for a craft at school. We had one car and the time, and my mom, Jeffrey, and I walked about a mile to the grocery store in December to purchase the bags. I can remember standing in the aisle and my mom choosing to purchase the store brand bags because they were .25 less than the name brand. It turned out that Jeffrey's class was making Christmas wreaths with the bags and his wreath turned out smaller than all of the rest because of those bags. I have been teaching for the past 26 years in a high-poverty area, and make these wreaths as a reminder of how far Jeffrey and I have come since then and I retell the story year after year.

Another year, I was in a play at school and my mom had kept Jeffrey home that day because he was sick. His teacher went up to my mom and said, "Mrs. Budzik, I thought Jeffrey was home sick today." My mom had to bring Jeffrey with us to the play because our dad was home drunk. This was just one of the countless nights we had to leave home because of him being drunk and/or getting into a fight with our mom.

Because of all that was going on at home, Jeffrey was a rather shy kid. This, coupled with him being one of the younger and smaller kids in his class and incidents such as having inferior supplies and necessities, led to frequent ridicule and bullying.

As Jeffrey got older, he was determined to have a better life and have children of his own, for which he could be the father that he always wished he had. Because of this,

he worked full-time to be able to put himself through undergrad and law school, sacrificing those years for hopes of a brighter future.

From there, I saw Jeffrey go on to large firm jobs, to relocating back to Chicagoland, to starting his own law firm, to giving it up to move back to Florida to increase the odds of having a child due to multiple failed IVF attempts that were tied into fertility issues with his then wife. His then wife was a severe asthmatic, whose symptoms were triggered by the local environment and had to stop taking her medications to undertake the IVF treatments. However, this resulted in her not being healthy enough to conceive. Being that Jeffrey wished for a family above all else, he contacted his former colleagues, and relocated back to Florida, giving up his law firm that he worked to build over the past few years. Fortunately, shortly thereafter, Jeffrey and his wife were blessed with their daughter, C███.

While Jeffrey thought that he finally made it, he would soon be confronted with cancer, this case, divorce, and an ugly custody battle over ███. Since all our family resides in the Chicagoland area, Jeffrey was largely alone to deal with these issues as we could only support him from afar. Nonetheless, from everything that I saw, he made every effort to shower his daughter with love and be everything to her that he could be. While Jeffrey is ashamed of his involvement in this case, and remorseful for the loss that it has caused, he is also devastated by the implications on his daughter and strives to do everything that he can to give her a pleasant childhood.

Over time, Jeffrey went on to remarry and have another child, for which he cares deeply. He engages in daily activities with them, always makes it a priority to enjoy dinner together (which he often cooks), and embarks on countless weekend activities. While on the surface this seems amazing, Jeffrey is constantly consumed with thoughts that he failed them before they even came into his life. Although I realize the severity of this case, my brother is a good person, that despite faltering, deserves a chance at redemption and experiencing the joy of his family. Accordingly, I respectfully ask that you consider a sentence that would not take Jeffrey away from his family.

Thank you for taking the time out of your busy schedule to read this letter on Jeffrey's behalf.

Sincerely,

*Heather Lee Milani*

Heather Lee Milani