EXHIBIT D

Letters Re: Marcela Budzik
(Provisionally filed under seal)