EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | No. 13 CR 463-2 |
| v. | ) | |
| | ) | Hon. Thomas M. Durkin |
| **ROBERT D. LATTAS,** | ) | Presiding Judge |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT ROBERT LATTAS' UNOPPOSED MOTION TO MODIFY
CONDITIONS OF SUPERVISED RELEASE TO
PERMIT INTERNATIONAL TRAVEL**

Now comes the defendant, Robert Lattas, by and through his undersigned attorney, and respectfully moves this Honorable Court to enter an order allowing him to travel to Romania from November 10, 2022 through November 16, 2022 and to Los Cabos, Mexico from January 1, 2023 through January 19, 2023, while on supervised release. In support, the following is offered:

1. On August 13, 2018, this Honorable Court sentenced Mr. Lattas to eighty-four (84) months' imprisonment, followed by a two (2) years term of supervised release. On July 7, 2020, this Court amended its judgment, reducing Mr. Lattas' term of imprisonment to sixty-three (63) months. The two (2) year term of supervised release remained unchanged.

2. Mr. Lattas was released from prison and placed on home confinement by the Bureau of Prisons ("BOP") on April 3, 2021 to his parent's home in the Northern District of Illinois. During his time on home confinement, Mr. Lattas was

gainfully employed and had no violations or alleged violations of the conditions imposed upon him by the BOP. His compliance with the Federal Location Monitoring for over one year was confirmed to the undersigned by Mr. Lattas' supervising Probation Officer, Lisa Tarquinio.

3. On May 20, 2022, Mr. Lattas released from the custody of the BOP and placed on supervised released. Although on supervised release for a short period of time, Mr. Lattas has been completely compliant with the conditions of his supervised release, just as he was while on BOP home confinement.

4. As part of the terms of his supervised released, Mr. Lattas is not permitted to travel internationally. This is the basis for the instant motion.

5. Mr. Lattas is respectfully asking this Honorable Court to allow him to travel on a spiritual retreat to Romania from November 10, 2022 through November 16, 2022 and to his family's timeshare with his children in Los Cabos, Mexico from January 1, 2023 through January 19, 2023.

6. Mr. Lattas has been fully compliant with all aspects of his release including his time on BOP home incarceration and on supervised release. He will continue to abide going forward.

7. This Court has previously permitted him to travel to Greece while on supervised from July 18, 2022 through August 23, 2022 release with no incident.

8. The undersigned has spoken to Assistant U.S. Attorney Jason Yonan and Mr. Lattas' Probation Officer Lisa Tarquinio, neither of whom have any objection to the instant request.

Wherefore, for the reasons stated above, defendant Robert Lattas respectfully requests this Honorable Court to enter an order allowing him to travel to Romania from November 10, 2022 through November 16, 2022 and to Los Cabos, Mexico from January 1, 2023 through January 19, 2023.

        Respectfully submitted,

        */s/Vadim A. Glozman*
        *Attorney for Robert Lattas*

Vadim A. Glozman
LAW OFFICES OF VADIM A. GLOZMAN
53 W. Jackson Blvd., Suite 1128
Chicago, IL 60604
(312) 726-9015
vg@glozmanlaw.com