# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 14 CR 287-3 |
| | ) | Judge Martha M. Pacold |
| JEFFREY BUDZIK, | ) | |
| Defendant. | ) | |

## MOTION TO FILE EXHIBIT D TO
## JEFFREY BUDZIK'S SENTENCING MEMORANDUM UNDER SEAL

Defendant Jeffrey Budzik, by his attorney Renee Woodward, moves for leave to file Exhibit D to Mr. Budzik's sentencing memorandum under seal. In support thereof, states the following:

1. Mr. Budzik's proposed exhibit contains personal health information regarding his wife, Marcela Budzik.

2. Mr. Budzik respectfully requests that the Court enter an order allowing counsel to file the exhibit under seal, such that his filing is considered a restricted document pursuant to Local Rule 26.2.

3. In accordance with Local Rule 26.2(b), a copy of the proposed exhibit will be provisionally filed under seal.

                                                    Respectfully submitted,

                                                    /s/ Renee Woodward
                                                    Attorney for Jeffrey Budzik

Renee Woodward
Woodward Law Office LLC
4256 N. Ravenswood, Suite 106
Chicago, Illinois 60613
(773) 242-9290
renee@woodwardlegal.com

## CERTIFICATE OF SERVICE

I, Renee Woodward, hereby certify that February 10, 2023, I caused a copy of the foregoing document to be served upon all counsel of record for all parties that appeared via the Court's CM/ECF system.

/s/ Renee Woodward
Renee Woodward

Renee Woodward
Woodward Law Office LLC
4256 N. Ravenswood, Suite 106
Chicago, IL 60613
(773) 242-9290
renee@woodwardlegal.com