# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.　　　　　　　　　　　　　　　　Case No.: 1:14−cr−00287
　　　　　　　　　　　　　　　　　　Honorable Martha M. Pacold

, et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 13, 2023:

　　　MINUTE entry before the Honorable Martha M. Pacold: as to Jeffrey J Budzik: Defendant's motion to file exhibit D to sentencing memorandum under seal [463] is granted. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.